IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUDOLPH DUNCAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 08-5363 |

<u>O R D E R</u>

JOHN P. FULLAM, J.

AND NOW, this 28th day of May, 2009, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is GRANTED IN PART ~~and DENIED IN PART~~; and

2. The matter shall be remanded for specific consideration by the ALJ of the testimony of the claimant's mother and his fiancee.

BY THE COURT:

/s/ John P. Fullam
JOHN P. FULLAM, J.